934 F.2d 318
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Gurvis COLEMAN, Petitioner,
v.
GOLDEN CHIP COAL COMPANY, Director, Office of Workers'
Compensation Programs, United States Department of
Labor, Respondents.
 No. 91-2601.
 United States Court of Appeals, Fourth Circuit.
 Submitted May 6, 1991.
Decided May 28, 1991.
 
 On Petition for Review of an Order of the Benefits Review Board. (88-3155-BLA)
 Gurvis Coleman, petitioner pro se.
 Mark Elliott Solomons, Laura Metcoff Klaus, Arter & Hadden, Washington, D.C., Michael John Denney, Dorothy L. Page, United States Department of Labor, Washington, D.C., for respondents.
 Ben.Rev.Bd.
 Affirmed.
 Before DONALD RUSSELL, WILKINSON and WILKINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Gurvis Coleman seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. Secs. 901 et seq. Our review of the record and the Board's decision and order discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the Board. Coleman v. Golden Chip Coal Co., 88-3155-BLA (Ben.Rev.Bd. Nov. 26, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.